# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 13-CR-2027-LRR |
| vs. | **ORDER** |
| AARON GALLARDO, | |
| Defendant. | |

The matter before the court is the government's "Motion to Dismiss Without Prejudice" ("Motion") (docket no. 140), filed on January 4, 2016.

Pursuant to Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). "[T]he district court may deny leave to dismiss an indictment . . . when the defendant objects to the dismissal, [or] when dismissal is clearly contrary to the manifest public interest." *United States v. Jacobo-Zavala*, 241 F.3d 1009, 1012 (8th Cir. 2001). Defendant is currently in fugitive status, is unrepresented and has, accordingly, submitted no objection to the dismissal within the resistance period. *See* LCrR 47. Furthermore, the court finds that dismissal is not clearly contrary to the manifest public interest. *See Jacobo-Zavala*, 241 F.3d at 1012-13 (stating that dismissal is contrary to the manifest public interest when the prosecutor acts in bad faith or has other improper motives).

Accordingly, the Motion is **GRANTED**. The Indictment (docket no. 4) is **DISMISSED WITHOUT PREJUDICE** as to the above-captioned defendant.

**IT IS SO ORDERED.**

**DATED** this 19th day of January, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA